**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

**CASEY CORDERO ALLEN** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 4:25-CV-199-JHM**

**OWENSBORO POLICE DEPARTMENT,** ***et al.*** **DEFENDANTS**

**ORDER**

Plaintiff Casey Cordero Allen initiated this civil-rights action. [DN 1]. The Clerk of Court issued a notice of deficiency [DN 5] directing Plaintiff either to pay the $405.00 filing fee or to file an application to proceed without prepayment of fees. The notice advised Plaintiff that failure to comply within 30 days would result in the matter being brought to the attention of the Court. Plaintiff did not comply within the time allowed.

Accordingly, **IT IS ORDERED** that **no later than March 18, 2026**, Plaintiff shall either **pay the $405.00 filing fee or file an application to proceed without prepayment of fees and affidavit form.**

Should Plaintiff wish to pay the $405.00 filing fee, a check shall be made payable to **Clerk, U.S. District Court** and mailed to the following address: Office of the Clerk, United States District Court, Western District of Kentucky, 601 West Broadway, Ste. 106, Louisville, KY 40202-2249. Plaintiff may also contact the Clerk's Office for payment by credit or debit card.

**Plaintiff is WARNED that his failure to comply with this Order will result in dismissal of the action for failure to prosecute and for failure to comply with an Order of this Court**.

Date: February 18, 2026

Joseph H. McKinley Jr., Senior Judge
United States District Court

cc: Plaintiff, *pro se*
4414.014